**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1783**

In re:  JAMES LEONARD LANDRY,

Petitioner.

On Petition for Writ of Mandamus.  (2:16-cr-00171-RCY-DEM-1)

Submitted:  October 29, 2021                                     Decided:  November 5, 2021

Before NIEMEYER, WYNN, and HARRIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

James Leonard Landry, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Leonard Landry petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for default judgment, his 28 U.S.C. § 2255 motion, his motion for leave to amend his § 2255 motion, and his motion for compassionate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court ruled on Landry's motion for default judgment on September 10, 2021, and his § 2255 motion and motion for leave to amend on October 20, 2021. Accordingly, because the district court has recently acted on those motions, we deny as moot this portion of the mandamus petition. Regarding the motion for compassionate release, because the district court recently took significant action on that motion by appointing counsel to aid Landry, we deny this portion of the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*